IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CR-74-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ERVIN MONTEZ ALSTON, JR., ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motions for a sentence reduction [D.E. 338] not later than May 13, 2022.

SO ORDERED. This 6 day of April, 2022.

JAMES C. DEVER III
United States District Judge